previously
# JS-6

KLINEDINST PC
5 HUTTON CENTRE DRIVE, STE. 1000
SANTA ANA, CALIFORNIA 92707

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAIK SARGSIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC A Delaware Limited Liability Company<br>CLIENT SERVICES, INC, A Missouri Corporation<br>ENHANCED RECOVERY COMPANY, LLC A Florida Limited Liability Company<br>NORTHLAND GROUP, INC, A Minnesota Corporation<br>PROGRESSIVE FINANCIAL NETWORK, INC A Florida Corporation,<br><br>　　　　Defendants. | Case No.   cv-12-02070-SJO(AJWx)<br><br>[PROPOSED] **JUDGMENT OF DISMISSAL WITH PREJUDICE** |

　　　This action came on for hearing before the Court on August 6, 2012, before the Hon. S. James Otero, District Judge Presiding, for a scheduling conference.

　　　On May 24, 2012, the Court ordered all parties to comply with Rule 26(f) of the Federal Rules of Civil Procedure and to file a joint Rule 26(f) report.  Plaintiff failed to comply with the May 24 order and failed to comply with the requirements of Rule 26(f).

IT IS ORDERED AND ADJUDGED, therefore, that Plaintiff GAIK SARGISIAN'S complaint is dismissed with prejudice and that Defendants ENHANCED RECOVERY COMPANY LLC and NORTHLAND GROUP, INC. recover their costs.

DATED: August 24. 2012       By: *S. James Otero*

                                                      Hon. S. James Otero
                                                     United States District Judge

1575318v1

KLINEDINST PC
5 HUTTON CENTRE DRIVE, STE. 1000
SANTA ANA, CALIFORNIA 92707