previously
# JS-6

KLINEDINST PC
5 HUTTON CENTRE DRIVE, STE. 1000
SANTA ANA, CALIFORNIA 92707

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAIK SARGSIAN, an individual, | Case No.   cv-12-02070-SJO(AJWx) |
| Plaintiff, | |
| v. | [PROPOSED] **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC A Delaware Limited Liability Company<br>CLIENT SERVICES, INC, A Missouri Corporation<br>ENHANCED RECOVERY COMPANY, LLC A Florida Limited Liability Company<br>NORTHLAND GROUP, INC, A Minnesota Corporation<br>PROGRESSIVE FINANCIAL NETWORK, INC A Florida Corporation, | |
| Defendants. | |

This action came on for hearing before the Court on August 6, 2012, before the Hon. S. James Otero, District Judge Presiding, for a scheduling conference.

On May 24, 2012, the Court ordered all parties to comply with Rule 26(f) of the Federal Rules of Civil Procedure and to file a joint Rule 26(f) report. Plaintiff failed to comply with the May 24 order and failed to comply with the requirements of Rule 26(f).

1

2    IT IS ORDERED AND ADJUDGED, therefore, that Plaintiff GAIK

3  SARGISIAN'S complaint is dismissed with prejudice and that Defendants

4  ENHANCED RECOVERY COMPANY LLC and NORTHLAND GROUP, INC.

5  recover their costs.

6

7  DATED:   August 24. 2012          By: _____
8                                         Hon. S. James Otero
                                           United States District Judge
9

10

11   1575318v1

KLINEDINST PC
5 HUTTON CENTRE DRIVE, STE. 1000
SANTA ANA, CALIFORNIA 92707